IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00561-RPM

AURORA BANK, FSB,

    Plaintiff,

v.

DHI MORTGAGE COMPANY, LTD,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [14], it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees.

    Dated: October 31st, 2013

                                                   BY THE COURT:

                                                   s/Richard P. Matsch

                                                   _____

                                                   Richard P. Matsch, Senior District Judge